UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEROY HOBSON | CIVIL ACTION NO. 18-0823-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| NEIL JAFFE | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Hobson's request for the restoration of good time be **DENIED** and **DISMISSED WITH PREJUDICE** under §§ 1915(e)(2)(b) and 1915A, and Hobson's claim for monetary damages be **DENIED** and **DISMISSED WITH PREJUDICE** to being asserted again until such time as the Heck conditions are met.[1]

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of August, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007). ("A preferred order of dismissal in Heck cases decrees, 'Plaintiffs [sic] claims are dismissed with prejudice to their being asserted again until the Heck conditions are met.'").